No. 221. WILLIAM S. LOVELL, AS TRUSTEE IN BANK-RUPTCY, ETC., PLAINTIFF IN ERROR, *v.* HENRY HENTZ & COMPANY ET AL. In error to the United States Circuit Court of Appeals for the Fifth Circuit. Motion to dismiss or affirm submitted October 27, 1913. Decided November 3, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. *Lovell* v. *Newman,* 227 U. S. 412. *Mr. Walker Percy* and *Mr. H. Generes Dufour* for the plaintiff in error. *Mr. Phelan Beale* for the defendants in error.

No. 44. THE MISSOURI, KANSAS & TEXAS RAILWAY COMPANY OF TEXAS, PLAINTIFF IN ERROR, *v.* OLIVER LETOT. In error to the Court of Civil Appeals for the Fourth Supreme Judicial District of the State of Texas. Submitted by plaintiff in error November 5, 1913. Decided November 10, 1913. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *Missouri, Kansas & Texas Railway Company* v. *May,* 194 U. S. 267. *Mr. Joseph M. Bryson* for the plaintiff in error. No appearance for the defendant in error.

No. 436. C. F. EASTON, RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* THE CHICAGO HOTEL COMPANY ET AL. In error to the District Court of the United States for the Western District of Washington. Motion to dismiss submitted November 10, 1913. Decided November 17, 1913. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *United States* v. *Congress Construction Co.,* 222 U. S. 199; *Fore River Shipbuilding Co.* v. *Hogg,* 219 U. S. 195; *Louisville Trust Co.* v. *Knott,* 191 U. S. 225; *Smith* v. *McKay,* 161 U. S. 355. *Mr. Stephen A. Keenan* for the